# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 244 WAL 2014
:
        Respondent        :
: Petition for Allowance of Appeal from the
        v.            : Order of the Superior Court
:
:
:
GARY CLIFFORD WILEY,      :
:
        Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.